**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

J.L.,                                    :
                                         :
          Plaintiff,                     :
                                         :
v.                                       :          CASE NO. 3:23-CV-94-CDL-MSH
                                         :
COMMISSIONER OF SOCIAL                   :
SECURITY,                                :
                                         :
          Defendant.                     :
_____         :

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ),this case is hereby remanded.

Upon remand, the ALJ will further consider whether the claimant has an impairment, or combination of impairments, that meets or medically equals the severity of a listed impairment (20 CFR 404.1520(d) and 416.920(d); 404.1525 and 416.925; and 404.1526 and 416.926) and Social Security Ruling 19-2p. The ALJ will, as warranted, give further consideration to the claimant's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the

assessed limitations. Additionally, the ALJ will consider whether the claimant has past relevant work that can be performed (20 CFR 404.1560(a)-(b) and 416.960(a)-(b)). If warranted, the ALJ should obtain vocational expert evidence to assist in evaluating whether the claimant can perform past relevant work. The ALJ will offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 11th day of January, 2024.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE